recurrido.— Dic. 2, 1929. Por desistido el recurrente.

No. 4008.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Humacao. Dic. 3, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Sin lugar la reconsideración solicitada.

No. 5148.—Pérez et als., apltes., *v.* García Fernández, apldo.—C. D. Ponce. Dic. 3, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Vistas la moción jurada, la demanda y la opinión de la corte, se concedió nuevo término de 60 días para presentar la transcripción de la evidencia "quedando la corte de distrito autorizada para conceder cualquier otro término que se solicite en tiempo y que fuere en justicia menester."

No. 5096.—Sucrs. de L. Villamil & Co., S. en C., aplda., *v.* Díaz, demandado, Ríos et al., apltes.—C. D. San Juan. Dic. 3, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Desestimada por falta de instancia.

No. 5124.—Zambrana, apldo., *v.* Bonilla et al., apltes.— C. D. Ponce. Dic. 3, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Desestimada por falta de instancia.

No. 5114.—Del Toro Soler, apldo., *v.* Municipio de Cabo Rojo, aplte.—C. D. Mayagüez. Dic. 3, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Desestimada por falta de instancia.

No. 5097.—Sucn. de José Alfonso Quiñones, aplte. v. Central Eureka, Inc., aplda.—C. D. Mayagüez. Dic 3, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Desestimada la apelación en este caso a petición de la parte apelada por no haberse radicado la transcripción de la evidencia para lo cual se concedió un término al taquígrafo de 20 días que venció en septiembre de 1929.